IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT D. KORNAGAY,
    Plaintiff,

vs.                         Case No.: 3:09cv454/MCR/EMT

M.L. CARNAHAN,
    Defendant.
_____/

## ORDER, REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's "Notice of Voluntary Dismissal" of the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (Doc. 45).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  The court has directed that Defendant be served, but service of process has not yet been effected.   Plaintiff therefore is automatically entitled to a voluntary dismissal at this time.[1]

Accordingly, it is **ORDERED:**

This court's September 23, 2011 order (Doc. 43) is **VACATED.**

And it is respectfully **RECOMMENDED**:

That Plaintiff's notice of voluntary dismissal (doc. 45) be **GRANTED** and this case be **DISMISSED,** without prejudice.

At Pensacola, Florida, this 29th day of September 2011.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] The court's September 23, 2011, order directing the Office of the General Counsel for the Department of Corrections, within thirty days, to either inform the United States Marshals Service in confidence of the last known address of Defendant, enter an appearance on behalf of Defendant, or advise the court that neither alternative is possible (Doc. 43) therefore is vacated.

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**